UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RODNEY DWAYNE BIBBS,**

   Plaintiff,

v.                                                No. 4:22-cv-0200-P

**MOLSON COORS BEVERAGE COMPANY,
USA, LLC D/B/A MILLER COORS, LLC,**

   Defendant.

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Opinion and Order dated the same day (ECF No. 85), it is **ORDERED** that this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **24th day of October 2023.**

_(signature)_

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE